RESONATE, INC., Plaintiff–Appellant,

v.

ALTEON WEBSYSTEMS, INC.
and Nortel Networks, Inc.,
Defendants–Appellees.

No. 05–1336.

United States Court of Appeals,
Federal Circuit.

Jan. 23, 2006.

Before NEWMAN, BRYSON, and PROST, Circuit Judges.

## JUDGMENT

PER CURIAM

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED: *AFFIRMED.* *See* Fed. Cir. R. 36